UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER HOWART,

    Plaintiff,                          Case No. 04-73087
                                       Judge Avern Cohn

v.

BYRON AREA SCHOOL DISTRICT, ET AL.,

    Defendants.

_____/

## ORDER REQUIRING THE DEFENDANTS TO FILE A STATEMENT OF MATERIAL FACTS NOT IN DISPUTE AND FOR THE PLAINTIFF TO FILE A COUNTER-STATEMENT OF DISPUTED FACTS

The defendants' joint motion for summary judgment is pending. The Parties did not comply with the Court's Briefing Guidelines for Motions for Summary Judgment (Guidelines). A copy of the Guidelines was attached to the pretrial and scheduling order issued on September 14, 2004, and is also available at http://www.mied.uscourts.gov/_practices/Cohn/motion.htm.

The defendants shall file a Statement of Material Facts Not in Dispute in accordance with the Guidelines by **Thursday February 15, 2007**.

The plaintiff shall respond by filing a Counter-Statement of Disputed Facts in accordance with the Guidelines by **Thursday March 1, 2007.**

The decision on the defendants' joint motion for summary judgment will be rendered after these papers have been provided to the Court.

**SO ORDERED.**

Dated: February 1, 2007                  s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

**04-73087 Howart v. Byron Area School District**

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, February 1, 2007, by electronic and/or ordinary mail.

     s/Julie Owens
Case Manager, (313) 234-5160