UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER HOWART,

    Plaintiff,

v.

Case No. 04-73087
Hon: AVERN COHN

BYRON AREA SCHOOLS, et al,

    Defendants.
_____/

# **TRIAL ORDER**

On July 31, 2007 the Court conducted a final pretrial conference in this matter. The following dates and deadlines were established during the conference:

1. The case is set for a jury trial on Monday, September 24, 2007 at 9:00 a.m.

2. Each party shall file twenty (20) days before trial realistic witness lists and a supporting brief describing the testimony of each witness.

3. Each party shall file twenty (20) days before trial exhibit lists numbered for trial together with a book of specific exhibits.

4. Plaintiff shall file a set of instructions on the law of the case together with a verdict form.

SO ORDERED.

Dated: August 6, 2007

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 6, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160